## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER CAMARILLO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN T. MNUCHIN, et al., <br><br> Defendants. | Case No.:  19-CV-2315 W (MSB) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 10]** |

Pending before the Court is a joint motion to dismiss this case with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 10] and **ORDERS** the case **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated:  April 20, 2020

_____
Hon. Thomas J. Whelan
United States District Judge